James Anthony MAY, Plaintiff–Appellant,

v.

Colbert L. RESPASS; Unit Manager Moore–Haskins, Defendants–Appellees,

and

The State of North Carolina; Doc; Alvin W. Keller; Robert C. Lewis; Hattie B. Pimpong, Defendants.

No. 12–7273.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 6, 2012.

James Anthony May, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony May appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *May v. Respass*, 2012 WL 2888405 (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*